**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

MERCER GLOBAL ADVISORS, INC.,

   Plaintiff,

v.

ACG WEALTH, INC. a Georgia corporation,
JEFFREY SHAVER, an individual,
JOSEPH YOUNG, an individual,
DAVID MILLICAN, an individual,

   Defendants.

---

**COMPLAINT**

---

# FILED UNDER SEAL